Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>CLARK R. WHITE, individually and doing business as INTEGRATED SURFACES; INTEGRATED SURFACES FLOORING, INC., a California Corporation,<br><br>     Defendants. | Case No. 20-cv-01053-EMC<br><br>**[PROPOSED] JUDGMENT** |

DEFENDANTS CLARK R. WHITE, individually and doing business as INTEGRATED SURFACES and INTEGRATED SURFACES FLOORING, INC., a California Corporation having failed to plead or otherwise defend this action, their defaults having been entered:

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Default Judgment is granted and Defendants shall promptly report and pay fringe benefit contributions for hours worked by its employees during the time period October 2016 through October 2019, plus all required liquidated damages and interest thereon, under the terms of Defendants' Collective Bargaining Agreements, and the Trust Agreements for the Plaintiff Trust Funds.

///

1

Defendants are further ORDERED to promptly pay Plaintiffs attorneys' fees and costs totaling $16,046.12.

IT IS SO ORDERED.

DATED: _____         _____
                                                  UNITED STATED DISTRICT JUDGE/
                                                   MAGISTRATE JUDGE