UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CLARK R. WHITE, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01053-EMC<br><br>**ORDER GRANTING PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Docket No. 65 |

　　　　For the reasons stated on the record, Plaintiffs' motion for default judgment is **GRANTED** in part and **DENIED** in part.

　　　　To the extent Plaintiffs have moved for a default judgment against Integrated Surfaces Flooring, Inc. (the corporation), the motion is denied without prejudice. Plaintiffs have leave to take discovery and may renew their motion for a default judgment if they develop evidence to support the successor liability theory.

　　　　To the extent Plaintiffs have moved for a default judgment against Clark R. White, d/b/a Integrated Surfaces, the motion is granted. The Court orders Mr. White and/or the dba to provide contribution reports for the entire period sought by Plaintiffs – *i.e.*, October 2016-October 2019. Alternatively, Mr. White and/or the dba shall submit to an audit with respect to the same time period. If, after the contribution reports are provided and/or the audit takes place, Plaintiffs learn that contributions are in fact due, they may move to amend the judgment to seek monetary relief.

　　　　The Court further orders that Mr. White and/or the dba pay Plaintiffs' attorneys' fees and costs totaling $16,046.12.

　　　　Finally, the Court continues the status conference from September 5, 2023, at 2:30 p.m., to

January 9, 2023, at 2:30 p.m.

    Plaintiffs shall promptly serve a copy of this order on Defendants.

**IT IS SO ORDERED**.

Dated: August 22, 2023

                                           _____
                                           EDWARD M. CHEN
                                           United States District Judge