UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>CLARK R. WHITE, et al., <br><br>　　　　Defendants. | Case No. 20-cv-01053-EMC <br><br> **ORDER RE PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT** <br><br>Docket No. 87 |

In August 2023, the Court granted in part and denied in part Plaintiffs' motion for default judgment. Specifically, the Court granted the motion as asserted against Clark R. White, d/b/a Integrated Surfaces. However, the Court denied the motion (without prejudice) as asserted against Integrated Surfaces Flooring, Inc. With respect to Mr. White, the Court ordered that he produce documents or submit to an audit. The Court also ordered Mr. White to pay attorneys' fees and costs totaling $16,046.12. Finally, the Court stated that, after documents were provided or an audit conducted, Plaintiffs could move to amend the judgment to seek monetary relief. *See* Docket No. 73 (order).

Now pending before the Court is Plaintiffs' request for an entry of judgment against Mr. White specifying that he owes Plaintiffs $16,046.12. Having reviewed that request, the Court hereby orders Plaintiffs to address the following.

1. Are Plaintiffs seeking entry of a final judgment against Mr. White?

2. If so, do Plaintiffs still intend to proceed with their claims against the entity defendant (Integrated Surfaces Flooring, Inc.)?

3. If so, Plaintiffs shall address why a final judgment as to Mr. White only is

appropriate. *See* Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

        4.      If Plaintiffs are not seeking entry of a final judgment against Mr. White, precisely what are plaintiffs seeking and what authorities support their position?

Plaintiffs shall file their response to the questions above within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: October 11, 2024

_____
EDWARD M. CHEN
United States District Judge